# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:16R166 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANNE MARIE HARP, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion to continue by defendant Anne Marie Harp (Harp) (Filing No. 36). Harp seeks a continuance of the trial of this matter scheduled for October 11, 2016. Harp has filed an affidavit whereby Harp consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Harp's motion to continue trial (Filing No. 36) is granted.

2. Trial of this matter is re-scheduled for **November 14, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 3, 2016, and November 14, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 3rd day of October, 2016.

BY THE COURT:
s/ Thomas D. Thalken

United States Magistrate Judge