IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:16CR166 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANNE MARIE HARP, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Anne Marie Harp (Harp) (Filing No. 40). Harp seeks a continuance of the trial of this matter was scheduled for November 14, 2016. Harp's counsel represents that Harp will file an affidavit whereby Harp consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Harp's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Harp's motion to continue trial (Filing No. 40) is granted.
2. Trial of this matter is re-scheduled for **December 19, 2016,** before Judge Robert F. Rossiter, Jr., and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 10, 2016, and December 19, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 10th day of November, 2016.

BY THE COURT:
s/ Thomas D. Thalken

United States Magistrate Judge