IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ANNE MARIE HARP,  )<br>  )<br>Defendant.  ) | Case No. 8:16CR166<br><br><br>ORDER |

This case is before the court on the defendant's Motion to Review Order of Detention (#61). The defendant, Anne Marie Harp, moves the court for an order releasing her on house arrest, electronic monitoring, or placement at a halfway house.

A review of the defendant's docket shows that on January 13, 2017, United States Magistrate Judge Susan M. Bazis, after the defendant admitted the allegations, found that the Petition for Action on Conditions of Pretrial Release (#48) should be granted and the January 13, 2017 Order Setting Conditions of Release (#34) should be revoked. The Magistrate Judge's determination occurred after a full detention hearing.

The defendant's Motion to Review Order of Detention is denied. The motion presents no change in circumstance or additional evidence that would cause the court to reconsider the January 13, 2017 Order of Detention (#54).

**IT IS ORDERED:** Defendant's Motion to Review Order of Detention (#61) is denied without hearing.

Dated this 6th day of February 2017.

BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge